UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVE L. WRIGHT, Jr., | : |
| Petitioner | : CIVIL ACTION NO. 3:19-0483 |
| v. | : (JUDGE MANNION) |
| WARDEN DAVID J. EBBERT | : |
| Respondent | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** for lack of jurisdiction.

2. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: April 29, 2022
19-0483-01-ORDER